UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Beverly A. Sarboukh

Case No.: 18-22791
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

On 8/27/18, John M. McDonnell, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on October 2, 2018 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 513 Laurel St., Bayville, NJ - $80,000

Liens on property: $88,000

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: John M. McDonnell
Address: 115 Maple Avenue - Red Bank, NJ, 07701
Telephone No.: 732 383 7233

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Beverly A. Sarboukh
    Debtor

Case No. 18-22791-KCF
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 28, 2018
                 Form ID: pdf905    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2018.
```
db             +Beverly A. Sarboukh,    12344 Cedarfield Dr,    Riverview, FL 33579-9711
cr             +PNC BANK, N.A.,    3232 NEWMARK DRIVE,    MIAMISBURG, OH 45342-5421
517610348     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bankamerica,     PO Box 982238,    El Paso, TX  79998-2238)
517610355      Pnc Mortgage,    PO Box 8703,    Dayton, OH  45401-8703
517610359      Thd/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
517610361      Wells Fargo,    PO Box 14517,    Des Moines, IA  50306-3517
517610362      Wells Fargo Bank Nv NA,    PO Box 94435,    Albuquerque, NM  87199-4435
517610350      center for pain control,    PO Box 538,    Howell, NJ  07731-0538
517610352      monmounth-ocean neaurology,    1944 State Route 33 Ste 206,    Neptune City, NJ  07753-4863
517610353      nj imaging network,    PO Box 13077,    Des Moines, IA  50310-0077
517610354      phoenix financial services, llc,    PO Box 361450,    Indianapolis, IN  46236-1450
517610356     +rickart collection system inc,    575 Milltown Rd,    North Brunswick, NJ  08902-3336
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 28 2018 23:26:28     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2018 23:26:25     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517610349       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2018 23:31:39     Capital One,
                 15000 Capital One Dr,   Richmond, VA  23238-1119
517610351      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 28 2018 23:25:43     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI  53051-7096
517610357       E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2018 23:31:37     Syncb/Walmart DC,    PO Box 965024,
                 Orlando, FL  32896-5024
517612737      +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2018 23:32:25     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517610358       E-mail/Text: bankruptcy@td.com Aug 28 2018 23:26:30     Td Bank N.A.,    70 Gray Rd,
                 Portland, ME  04105-2019
517610360       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 28 2018 23:25:29
                 Verizon Wireless,   PO Box 650051,   Dallas, TX  75265-0051
                                                                                             TOTAL: 8
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2018 at the address(es) listed below:
```
              Edward Nathan Vaisman    on behalf of Debtor Beverly A. Sarboukh defensecounsel@optonline.net,
               G20495@notify.cincompass.com
              Frank J Martone    on behalf of Creditor    PNC BANK, N.A. bky@martonelaw.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```