**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Beverly A. Sarboukh<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–8067<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   18–22791–KCF

## Order of Discharge                                                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Beverly A. Sarboukh

9/28/18                                                                                 **By the court:**   Kathryn C. Ferguson
                                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
Beverly A. Sarboukh
    Debtor

Case No. 18-22791-KCF
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 28, 2018
                    Form ID: 318     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2018.
```
db            +Beverly A. Sarboukh,    12344 Cedarfield Dr,    Riverview, FL 33579-9711
cr            +PNC BANK, N.A.,    3232 NEWMARK DRIVE,    MIAMISBURG, OH 45342-5421
517610355      Pnc Mortgage,    PO Box 8703,    Dayton, OH  45401-8703
517610350      center for pain control,    PO Box 538,    Howell, NJ  07731-0538
517610352      monmouth-ocean neaurology,    1944 State Route 33 Ste 206,    Neptune City, NJ  07753-4863
517610353      nj imaging network,    PO Box 13077,    Des Moines, IA  50310-0077
517610354      phoenix financial services, llc,    PO Box 361450,    Indianapolis, IN  46236-1450
517610356     +rickart collection system inc,    575 Milltown Rd,    North Brunswick, NJ 08902-3336
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 29 2018 00:20:22     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 29 2018 00:20:17     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517610348      EDI: BANKAMER.COM Sep 29 2018 03:49:00     Bankamerica,    PO Box 982238,
               El Paso, TX  79998-2238
517610349      EDI: CAPITALONE.COM Sep 29 2018 03:49:00      Capital One,    15000 Capital One Dr,
               Richmond, VA  23238-1119
517610351     +EDI: CBSKOHLS.COM Sep 29 2018 03:48:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
               Menomonee Falls, WI  53051-7096
517610357      EDI: RMSC.COM Sep 29 2018 03:49:00      Syncb/Walmart DC,    PO Box 965024,
               Orlando, FL  32896-5024
517612737     +EDI: RMSC.COM Sep 29 2018 03:49:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
517610358      EDI: TDBANKNORTH.COM Sep 29 2018 03:49:00      Td Bank N.A.,    70 Gray Rd,
               Portland, ME  04105-2019
517610359      EDI: CITICORP.COM Sep 29 2018 03:48:00      Thd/Cbna,    PO Box 6497,
               Sioux Falls, SD  57117-6497
517610360      EDI: VERIZONCOMB.COM Sep 29 2018 03:48:00      Verizon Wireless,    PO Box 650051,
               Dallas, TX  75265-0051
517610361      EDI: WFFC.COM Sep 29 2018 03:48:00      Wells Fargo,    PO Box 14517,
               Des Moines, IA  50306-3517
517610362      EDI: WFFC.COM Sep 29 2018 03:48:00      Wells Fargo Bank Nv NA,    PO Box 94435,
               Albuquerque, NM  87199-4435
                                                                                              TOTAL: 12
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2018 at the address(es) listed below:
```
          Edward Nathan Vaisman    on behalf of Debtor Beverly A. Sarboukh defensecounsel@optonline.net,
           G20495@notify.cincompass.com
          Frank J Martone    on behalf of Creditor    PNC BANK, N.A. bky@martonelaw.com
          John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
          Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, N.A. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```